**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MELVIN BERNARD GOODEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-4251-P |
| | ) | |
| **OFFICER L. CAMPBELL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. As recommended, the Court hereby STAYS this action pending resolution of the criminal charges against Plaintiff. The Clerk of Court is DIRECTED to mark this action CLOSED for statistical purposes. The Court retains jurisdiction and orders that Plaintiff may seek to reopen this action upon proper motion filed after the pending criminal charges have been resolved. Plaintiff shall file any such motion within the statutory period of limitations for his claims, or within sixty days of the date the criminal charges are no longer pending, whichever date is later.

**SIGNED this 16th day of June, 2015.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**